**JS-6**

```
               FILED
      CLERK, U.S. DISTRICT COURT

          MAY 23, 2018

   CENTRAL DISTRICT OF CALIFORNIA
   BY:      BH        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIO DAVID BARRIONUEVO,<br><br>             Plaintiffs,<br><br>      v.<br><br>WAL-MART STORES, INC.,<br><br>             Defendants. | Case No. **2: 18-cv-01779 VAP (SKx)**<br><br>**ORDER OF DISMISSAL** |

   The Court having been advised by counsel for the parties that the above-entitled action has settled,

   **IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

   THE COURT to retain jurisdiction for a period of **sixty (60) days** to enforce the terms of the settlement.   The Scheduling Conference set for May 24, 2018, is TAKEN OFF CALENDAR and hearing is VACATED.

Dated: May 23, 2018

_____
VIRGINIA A. PHILLIPS
Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm