closed

**FILED**
CLERK, U.S. DISTRICT COURT

JUN 25, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ____BH____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PATRICIO DAVID BARRIONUEVO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation; DOE NO. 1, a California individual; and DOES 2 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01779 VAP (SKx)<br><br>**[~~PROPOSED~~] ORDER REGARDING DISMISSAL WITH PREJUDICE OF ALL CLAIMS BROUGHT BY PLAINTIFF** |

Pursuant to the parties' Stipulation for Dismissal with prejudice of all claims brought by Plaintiff, the Court hereby orders this action dismissed with prejudice.

Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  June 24, 2018

_____
Honorable Virginia A. Phillips
Chief United States District Judge